UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SURALEB, INC.,

    Plaintiff,

v.                                                    Case No. 16-cv-510-pp

PRODUCTION ASSOCIATES
"MINSK TRACTOR WORKS"
REPUBLIC OF BELARUS,

    Defendant.

---

## ORDER DISMISSING CASE FOR LACK OF JURISDICTION

---

On December 18, 2017, this court denied without prejudice the plaintiff's motion for default judgment, and ordered that by February 2, 2018, the plaintiff must file an amended complaint, stating the basis for the court to exercise jurisdiction. Dkt. No. 7. The court warned the plaintiff that failure to file the amended complaint by the end of the day on February 2, 2018 would result in dismissal of the case. February 2, 2018 has come and gone, and the plaintiff has not filed an amended complaint. Because the plaintiff has not provided the court with a basis for its exercise of jurisdiction, the court must dismiss the case. Fed. R. Civ. P. 12(h)(3); See Smoot v. Mazda Motors of America, Inc., 469 F.3d 675, 678 (7th Cir. 2006) (because "limits on subject-matter jurisdiction are not waivable or forfeitable … federal courts are required to police their jurisdiction").

The court **DISMISSES** this case for lack of jurisdiction. The clerk shall enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 7th day of February, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**